[No. 53119-1-I.   Division One.   November 8, 2004.]

THE CITY OF FEDERAL WAY, ET AL., *Respondents*, v. SOUTH 288TH STREET ASSOCIATES, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 02-2-31009-5, Jay V. White, J., entered September 3 and 19, 2003. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.

[Nos. 53155-7-I; 53065-8-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DION KIRK HUMPHREY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08524-1, Steven C. Gonzalez, J., entered September 9, 2003, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.

[No. 53233-2-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT C. SHARP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00533-5, Richard McDermott, J., entered October 3, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 53262-6-I.   Division One.   November 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHRYN KIM WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00673-1, Ellen J. Fair and George N. Bowden, JJ., entered September 16, 2003. *Affirmed* by unpublished per curiam opinion.